UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Courtroom Minute Sheet – Criminal Case

Date **7/29/13**    Judge **Nannett A. Baker**    Case No. **4:13 MJ 5140 NAB**

UNITED STATES OF AMERICA v. **Melvin Scherre**

Court Reporter **FTR**    Deputy Clerk **K. Spurgeon**

Assistant United States Attorney(s) **Jeannette Graviss**

Attorney(s) for Defendant(s): **Mark Byrne**

Interpreter _____    ☐ SEALED PROCEEDING

**Proceedings:**

☐ Initial Appearance  ☐ Supervised Release Rev.  ☒ Detention Hearing     ☐ Preliminary Revocation
☐ Arraignment                       ☐ Bond Review                          ☐ Probation
☐ Preliminary Examination           ☐ Bond Execution/Appearance Bond       ☐ Supervised Release
☐ Motion Hearing                    ☐ In Court Hrg (**WAIVER OF MOTIONS**) ☐ Competency
  ☐ Evidentiary Hearing             ☐ Change of Plea/Sentencing            ☐ Pretrial/Status Conference
  ☐ Oral Argument/Non Evidentiary Hearing  ☐ Rule 5(c)(3)Removal (Identity) ☐ Material Witness

Additional Information: **Arguments heard re: matter of detention; the Court takes the matter under advisement**

---

☐ Oral Motion for appointment of counsel (GRANTED)   ☐ Defendant is advised of rights/indicates understanding of those rights.

☐ Bail/Bond set in the amount of: $ _____    ☐ Secured Appearance Bond  ☐ Secured by 10%

   ☐ Secured by cash **only**    ☐ Secured by property    ☐ Unsecured bond    ☐ O/R bond

☐ Government filed motion for pretrial detention. Detention hearing scheduled for _____ before _____

☐ Preliminary examination set for _____ before _____

☐ Defendant arraigned    ☐ Waives reading of indictment/information    ☐ Matter taken under advisement

☐ Plea entered not guilty   Order on pretrial motions:   ☐ issued    ☐ to issue

   ☐ Oral Motion for Suppression              ☐ Written Motion for Extension of Time to File Pretrial Motions

☐ Defendant waives _____                    ☐ order to issue    ☐ oral ruling

☐ Defendant waives evidentiary hearing   ☐ By leave of court withdraws all pretrial motions   ☐ No R&R will be forthcoming

Trial date/time _____    Before _____

   ☒ Remanded to custody    ☐ Released on bond

Next hearing date/time _____    Type of hearing _____    Before _____
Proceeding commenced **9:19 am**    Proceeding concluded **9:23 am**    Continued to _____

☐ Based upon the evidence produced, the Court finds probable cause to believe the defendant violated the law set out in the criminal complaint.
☐ Based upon the evidence produced, the Court finds probable cause to believe the defendant violated the law set out in the instant petition.

☐ Based upon the waiver, the Court finds probable cause to believe the defendant violated the law set out in the instant petition.